UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
JUANA LEONOR, :
                         Plaintiff, :
: 23 Civ. 7244 (LGS)
-against- :
: ORDER
COSTCO WHOLESALE CORPORATION, :
                         Defendant. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for October 11, 2023.

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

    **ORDERED** that the October 11, 2023, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue separately. The parties' attention is directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

    **ORDERED** that if Defendant seeks to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

    **ORDERED** that if Defendant seeks to make an application for a Confidentiality Agreement and Protective Order, they shall file a proposed protective order.

Dated: October 6, 2023
       New York, New York

                                              LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE