UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                          :
JUANA LEONOR,                                 :
                           Plaintiff,        :
                                                          :                23 Civ. 7244 (LGS)
  -against-                                        :
                                                          :                    ORDER
COSTCO WHOLESALE CORPORATION,  :
                                      Defendant.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an Order dated January 10, 2024, required the parties to file a joint status letter by February 9, 2024, regarding what discovery has been completed and what discovery remains.

       WHEREAS, the parties have not filed the required status letter.

       **ORDERED** that, as soon as possible and no later than **February 15, 2024**, the parties shall file the required letter.

Dated: February 12, 2024
        New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE