

**Samuel P. Quatromoni**
Of Counsel
Direct Dial 212.307.3705
SQuatromoni@connellfoley.com

Connell Foley LLP
875 Third Avenue
21st Floor
New York, NY 10022
P 212.307.3700   F 212.542.3790

October 1, 2024

> The application is untimely under the Court's Individual Rules but nevertheless is **GRANTED in part**. The deadline for the parties to file their pre-motion letter is **ADJOURNED** to **October 9, 2024**. The pre-motion conference scheduled for October 16, 2024, is **ADJOURNED** to **October 23, 2024 at 4:10 P.M**. The parties shall call (888) 363-4749 and enter the access code 558-3333.
>
> The Clerk of Court is respectfully directed to close the motion at Dkt. No. 38.
>
> Dated: October 3, 2024
> New York, New York
>
> LORNA G. SCHOFIELD
> **UNITED STATES DISTRICT JUDGE**

**VIA ELECTRONIC FILING**
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**   **Juana Leonor v. Costco Wholesale Corporation**
            **Docket No. 1:23-cv-07244-LGS**

Dear Judge Schofield:

    This office represents defendant, Costco Wholesale Corporation ("Costco"), in the above-referenced matter. Along with Plaintiff's counsel, Joseph Sorce of Bragoli & Associates, P.C., we write to request a brief adjournment of the Pre-Motion Conference scheduled for October 16, 2024, and the corresponding time to file a pre-motion letter.

    The parties completed the expert depositions earlier today, as scheduled. Now that expert discovery is complete, the parties are re-evaluating the potential for dispositive motions. In order to comply with the Amended Case Management Order any pre-motion letter would be due two weeks before the October 16, 2024, Conference, which is tomorrow, October 2, 2024.

    As such, the parties request a two week adjournment of the Pre-Motion Conference and the deadline to submit a pre-motion letter.

                                            Respectfully submitted,

                                            Samuel P. Quatromoni

CC:   Joseph Sorce, Esq., Bragoli & Associates, P.C. (*via ECF*)