

Connell Foley LLP
875 Third Avenue
21st Floor
New York, NY 10022
P 212.307.3700   F 212.542.3790

**Samuel P. Quatromoni**
Of Counsel
Direct Dial 212.307.3705
SQuatromoni@connellfoley.com

November 7, 2024

**Application GRANTED. The deadline to file motions in limine is extended December 13, 2024. The deadline to respond to the motions is extended to December 20, 2024. By November 22, 2024, the parties shall file a joint letter on the status of settlement discussions. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 41.**

**Dated: November 8, 2024**
**New York, New York**

VIA ELECTRONIC FILING
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:  **Juana Leonor v. Costco Wholesale Corporation**
     **Docket No. 1:23-cv-07244-LGS**
     **Parties' Joint Letter Request for Extension**

Dear Judge Schofield:

This office represents defendant, Costco Wholesale Corporation ("Costco"), in the above-referenced matter. Along with Plaintiff's counsel, Joseph Sorce of Bragoli & Associates, P.C., we write to request a brief extension of the deadline to file motions *in limine*, from November 15, 2024, to December 13, 2024.

The parties are making a committed effort to resolve the case and are engaged in discussions. The parties are optimistic that a resolution can be reached, however Costco needs more time in order to progress the negotiations. As such, the parties request an extension of the deadline to file motions *in limine* so as to not unnecessarily burden Your Honor or expend resources.

Respectfully submitted,

Samuel P. Quatromoni

CC:   Joseph Sorce, Esq., Bragoli & Associates, P.C. (*via ECF*)

16058480-1