UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JUANA LEONOR,
                        Plaintiff,

              -against-

COSTCO WHOLESALE CORP.,
                        Defendant.
-------------------------------------------------------------X

23 Civ. 7244 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated November 8, 2024, required the parties to file a joint letter regarding the status of settlement discussions by November 22, 2024.

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that, by **December 3, 2024**, the parties shall file the status letter.

Dated: November 25, 2024
       New York, New York

                                          LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE